

**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Jeffrey A. Beer Jr.
Attorney

Direct:
t: 973.451.8429
f: 973.451.8769
jbeer@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981

February 3, 2021

**VIA ECF**
Hon. Colleen McMahon, U.S.D.J.
Chief Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re: **Nationwide Mut. Fire Ins. Co. v. Wesco Ins. Co. et al.**
**Docket No. 20-cv-8948**

Dear Chief Judge McMahon:

We represent Plaintiff Nationwide Mutual Fire Insurance Company ("Nationwide") in the above-referenced declaratory judgment action. Further to our conversation with Chambers, Nationwide respectfully requests that the upcoming telephonic conference with the Court scheduled for February 5, 2021 at 10:00 a.m. be adjourned for 30 days to allow for the completion of service of process and the appearance of counsel for the defendants.

*Moved to Mar. 5, 2021 at 10:00AM*

Respectfully submitted,

/s/ Jeffrey A. Beer Jr.

Jeffrey A. Beer Jr.

5249107v1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/21